AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

NURO FERATOVIC

*Plaintiff(s)*

v.

NEPTUNE MAINTENENCE CORP, a New York Corppration, Albert "DOE" and Khalil "DOE" Individually

*Defendant(s)*

Civil Action No. 24-cv-4186

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)* Neptune Maintenence Corp
Albert "Doe"
Khalil "Doe"
2530 Ocean Ave.
Ste 1A
Brooklyn, NY 11229

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are: Matthew Persanis, Esq.
Elefante & Persanis, LLP
141 Hillside Pl.
Eastchester, NY 10709

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



Date: 6/12/2024

BRENNA B. MAHONEY
*CLERK OF COURT*

Shirley Mora
*Signature of Clerk or Deputy Clerk*