## AFFIDAVIT OF SERVICE THROUGH THE SECRETARY OF STATE

UNITED STATES DISTRICT COURT  
FOR THE EASTERN DISTRICT OF NEW YORK

Purchased/Filed:  
Index # 24cv4186

*Nuro Feratovic* — Plaintiff

against

*Neptune Maintenance Corp., et al.* — Defendant

STATE OF NEW YORK  
COUNTY OF ALBANY    SS.:

__James Perone__, being duly sworn, deposes and says: deponent is over the age of eighteen (18) years; that on __August 5, 2024__, at __11:00 AM__, at the office of the Secretary of State of the State of New York in the City of Albany, New York deponent served the annexed Summons in a Civil Action, Civil Cover Sheet and Complaint on

__Neptune Maintenance Corp.__, the Defendant in this action, by delivering to and leaving with __Amy Lesch__, AUTHORIZED AGENT in the Office of the Secretary of State, of the State of New York, personally at the Office of the Secretary of State of the State of New York, 99 Washington Avenue, Albany, NY, __2__ true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee __40__ dollars; That said service was made pursuant to Section __306 Business Corporation Law__. Deponent further says that deponent knew the person so served as aforesaid to be the agent in the Office of the Secretary of State of the State of New York, duly authorized to accept such service on behalf of said defendant.

Description of the person served: Approx. Age: __46__  Approx. Wt: __195__  Approx. Ht: __5'9"__  
Color of skin: __White__  Hair color: __Lt. Brown__  Sex: __Female__  Other: ____

Sworn to before me on this  
__5th__ day of August 2024

SCOTT SCHUSTER  
NOTARY PUBLIC, STATE OF NEW YORK  
NO. 01SC6308636  
QUALIFIED IN ALBANY COUNTY  
COMMISSION EXPIRES JULY 28, 2026

James Perone  
Attny's File No.  
Invoice•Work Order # S1912693