**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
**NURO FERATOVIC,**

                **Plaintiff,**

  - against -

**NEPTUNE MAINTENANCE CORP., a New York Corporation, ALBERT "DOE" and KHALIL "DOE" Individually,**

                **Defendants.**
-----------------------------------------------------------------X

Civil Action No.: 1:24-cv-04186-CLP

**NOTICE OF APPEARANCE**

    PLEASE TAKE NOTICE that Joseph M. Labuda, Esq. hereby appears as counsel for Defendants Neptune Maintencence Corp. I certify that I am admitted to practice in the United States District Court for the Eastern District of New York.

Dated: Lake Success, New York
       August 22, 2024

                              **MILMAN LABUDA LAW GROUP PLLC**

                              */s Joseph M. Labuda, Esq.*
                              Joseph M. Labuda, Esq
                              3000 Marcus Avenue, Suite 3W8
                              Lake Success, NY 11042-1073
                              (516) 328-8899 (office)
                              (516) 328-0082 (facsimile)
                              joe@mllaborlaw.com

                              *Attorneys for Defendants*