## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

| | |
|---|---|
| UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK | Civil Action Number: 24 CV 4186 |
| ATTORNEY(S) ELEFANTE & PERSANIS, ESQ.　　PH: (914) 961-4400<br>141 HILLSIDE PLACE EASTCHESTER, NY 10709 | Date Filed:<br>Court/Return Date: |

**NURO FERATOVIC**

*Plaintiff*

vs

**NEPTUNE MAINTENANCE CORP. a New York Corporation, 1350 E 18th LLC, a New York Corporation, ALBERT SROUR and KHALIL ISMAEL**

*Defendant*

_____Pedro J. Rodriguez_____, affirms and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Amended Complaint

Upon _____1350 E 18th LLC_____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts
at: 495 Empire Blvd, Brooklyn, NY 11225

deponent was unable to effect process upon the person being served because of the following reason(s):
2/24/2025 1:59 PM I spoke with Shaina "Doe" a worker at Laces and Needles the business at the location, who stated that Neptune Maintenance Corp, 1350 E. 18th LLC, Albert Srour and Khalil Ismael are unknown, do not work here or live in the apartment above the store.

I affirm on 2/26/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Client's File No.:

Process Server
Pedro J. Rodriguez
Lic# 2024701
Job #: 2011629

STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK | Civil Action Number: 24 CV 4186

ATTORNEY(S) ELEFANTE & PERSANIS, ESQ.
141 HILLSIDE PLACE EASTCHESTER, NY 10709 |
PH: (914) 961-4400

Date Filed:
Court/Return Date:

**NURO FERATOVIC**

*Plaintiff*

VS

NEPTUNE MAINTENANCE CORP. a New York Corporation, 1350 E 18th LLC, a New York Corporation, ALBERT SROUR and KHALIL ISMAEL

*Defendant*

Pedro J. Rodriguez, affirms and says:

**AFFIRMATION OF SERVICE**

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On <u>February 28, 2025</u>, at <u>12:09 PM</u> at <u>495 Flatbush Ave, Suite B60, Brooklyn, NY 11225</u>, Deponent served the within **Amended Complaint**

On: 1350 E 18th LLC, therein named, ( hereinafter referred to as "subject").

☒ **#1 ENTITY/CORPORATION/LLC/LLP**
By delivering to and leaving with **Alex Srour** said individual to be **Office Assistant** who specifically stated he/she was authorized to accept service on behalf of the Corporation/Government Agency/Entity.

☐ **#2 MAILING**
On , service was completed by mailing a true copy of the above stated document(s) to <u>1350 E 18th LLC</u> at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#3 DESCRIPTION**
Sex: Male    Color of skin: White    Color of hair: Salt & Pepper    Age: 45 - 55 Yrs.
Height: 5ft 9in - 6ft 0in    Weight: Over 200 Lbs.    Other Features:

☐ **#4 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☐ **#5 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#6 OTHER**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

**I affirm on 3/1/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.**

Process Server, Please Sign
Pedro J. Rodriguez
Lic# 2024701
Job #: 2011629

Client's File No.:

*STATES PROCESS SERVING COMPANY, 13 TAYLOR AVENUE, CORTLANDT MANOR, NY 10567*