## AFFIRMATION OF DUE DILIGENCE - ATTEMPTS TO LOCATE AND/OR SERVE

**UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK**      Civil Action Number: 24 CV 4186

ATTORNEY(S) ELEFANTE & PERSANIS, ESQ.      PH: (914) 961-4400      Date Filed:
141 HILLSIDE PLACE EASTCHESTER, NY 10709      Court/Return Date:

**NURO FERATOVIC**

*Plaintiff*

vs

**NEPTUNE MAINTENANCE CORP. a New York Corporation, 1350 E 18th LLC, a New York Corporation, ALBERT SROUR and KHALIL ISMAEL**

*Defendant*

_____Pedro J. Rodriguez_____, affirms and says: that deponent is not a party to this action, is over the age of eighteen (18) years and resides in the State of New York ; deponent attempted to serve the within Amended Complaint

Upon _____ALBERT SROUR_____
the defendant / respondent therein named, and that after due search, careful inquiry and diligent attempts
at: 495 Empire Blvd, Brooklyn, NY 11225

   deponent was unable to effect process upon the person being served because of the following reason(s):

2/24/2025 1:59 PM  I spoke with Shaina "Doe" a worker at Laces and Needles the business at the location, who stated that Neptune Maintenance Corp, 1350 E. 18th LLC, Albert Srour and Khalil Ismael are unknown, do not work here or live in the apartment above the store.

I affirm on 2/26/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.

Client's File No.:



Process Server
Pedro J. Rodriguez
Lic# 2024701
Job #: 2011630

*States Process Serving Company, 13 Taylor Avenue, Cortlandt Manor, NY 10567*

UNITED STATES DISTRICT COURT OF THE EASTERN DISTRICT OF NEW YORK

Civil Action Number: 24 CV 4186
Date Filed:
Court/Return Date:

ATTORNEY(S) ELEFANTE & PERSANIS, ESQ.   PH: (914) 961-4400
141 HILLSIDE PLACE EASTCHESTER, NY 10709

NURO FERATOVIC

vs

*Plaintiff*

NEPTUNE MAINTENANCE CORP. a New York Corporation, 1350 E 18th LLC, a New York Corporation, ALBERT SROUR and KHALIL ISMAEL

*Defendant*

Pedro J. Rodriguez, affirms and says:

**AFFIRMATION OF SERVICE**

Deponent is not a party herein is over the age of 18 years and resides in the State of New York.
On **February 28, 2025**, at **12:09 PM** at **495 Flatbush Ave, Suite B60, Brooklyn, NY 11225**, Deponent served the within **Amended Complaint**

On: ALBERT SROUR, therein named, ( hereinafter referred to as "subject").

☒ **#1 SUITABLE AGE PERSON**
By delivering thereat a true copy of each to **Alex Srour (Co-Worker)** a person of suitable age and discretion. Said premises is subject's:
[X] actual place of business / employment  [] dwelling house (usual place of abode) within the state.

☒ **#2 MAILING**
On **March 1, 2025**, service was completed by mailing a true copy of the above stated document(s) to **ALBERT SROUR** at the above stated address in a First Class postpaid properly addressed envelope marked "Personal and Confidential" and not indicating on the outside that the communication is from an attorney or concerns an action against the person to be served, and placed in an official depository under the exclusive care and custody of the United States Post Office in the State of New York.

☒ **#3 DESCRIPTION**
Sex: Male        **Color of skin**: White        **Color of hair:** Salt & Pepper    **Age**: 45 - 55 Yrs.
Height: 5ft 9in - 6ft 0in    **Weight**: Over 200 Lbs.    **Other Features**:

☐ **#4 WITNESS FEES**
The authorized witness fee and / or traveling expenses were paid (tendered) to the recipient in the amount of $

☒ **#5 MILITARY SERVICE**
Deponent asked person spoken to whether the person to be served is currently active in the military service of the United States or of the State of New York, and was informed that said person is not.

☐ **#6 OTHER**

The index number and the filing date of the action were endorsed upon the face of the papers so served herein.

I affirm on 3/1/2025 under the penalties of perjury under the laws of New York, which may include a fine or imprisonment, that the foregoing is true, and I understand that this document may be filed in an action or proceeding in a court of law.



Process Server, Please Sign
Pedro J. Rodriguez
Lic# 2024701

Client's File No.:

Job #: 2011630