# AFFIDAVIT OF SERVICE
## of
## Amended Complaint

STATE OF NEW YORK            )
COUNTY OF WESTCHESTER        ) ss:

Deirdre Christensen, being duly sworn, deposes and says:

I am not a party to this action, am over 18 years of age and reside at 141 Hillside Place, Eastchester, New York 10709.

I served a true copy of the annexed Amended Complaint in the following manner: by mailing the same in a sealed envelope, by overnight mail via United Parcel Service within the State of New York, addressed to the Office of the attorney representing Neptune Maintenance Corp., Albert Srour and Khalil Ismael.

TO:

Joseph M. Labuda, Esq.
Milman Labuda Law Group PLLC
3000 Marcus Ave.
Suite 3W8
Lake Success, NY 11042

Deirde Christensen

Sworn to before me this
15 day of September 2025

Notary Public

MATTHEW PERSANIS
Notary Public, State of New York
No. 02PE6049129
Qualified in Westchester County
Commission Expires 10/10/2026