UNITED STATED DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

-----------------------------------------------------------------X

NURO FERATOVIC,

                              Plaintiff,          Answer to Counterclaims
                                                                     CASE NO.: 24 CV 4186

   - against –

NEPTUNE MAINTENANCE CORP ORATION
A NEW YORK CORPORATION, 1350 E 18TH STREET LLC
A NEW YORK CORPORATION
ALBERT SROUR AND KHALIL ISMAEL

                            Defendants.

-----------------------------------------------------------------X

Plaintiff, Nuro Feratovic, by his attorneys Elefante & Persanis, LLP, as and for their Answer to the Counter Claims of Defendants, respectfully allege as follows

1) Plaintiff denies the knowledge of information to form a belief as to the allegations contained in Paragraph eighty (80) of the Answer to the Amended Complaint.
2) Plaintiff Admits the allegations contained in Paragraph eighty- one (81) of the Defendant's Answer to the Amended Complaint in that Plaintiff was required to occupy the apartment incident to his employment.
3) Plaintiff Admits the allegations in paragraph eighty-two (82) in that Defendants terminated Plaintiff in violation of the Fair Labor Standards Act and NYLL in retaliation for bringing a claim for unpaid wages.
4) Plaintiff denies the allegations contained in Paragraph eighty- three (83) through eighty – seven (87) of the Answer to the Amended Complaint.

### First Affirmative Defense

5) Defendant's claims are barred by the expiration of the applicable statute of limitations.

### Second Affirmitive Defense

6) Defendant's claims fail to state a claim upon which relief may be granted.

### Third Affirmitive Defense

7) Defendant's claims are barred by a theory of unclean hands. Defendant's termination of Plaintiff was in violation of NY Labor Law and the F.L.S.A. as it was retaliatory.

### Fourth Affirmative Defense

8) The Court should not exert jurisdiction over the claims which should have been brought in New York State Courts.

### Fifth Affirmative Defense

9) Defendants claims are barred in that they already settled the issue of back rent with Plaintiff. See exhibit "A" attached. And at that time did not ask for any back rent and are therefore barred from seeking to relitigate that issue.

**WHEREFORE,** Plaintiff/Counterclaim-Defendant request(s) judgment dismissing the Counter claim and denying all relief requested therein and granting the Plaintiff the cost of Defense, judgement for the claims contained in the Amended Complaint along with attorney fees and costs in the amount of $500,000.00 together with such other and further relief as to the Court seems just and proper.

Date: November 18, 2025

Respectfully Submitted,

Matthew Persanis, Esq.(MP1182)
Elefante & Persanis
141 Hillside Place
Eastchester, NY 10709
914 961 4400
mp@elefantepersanis.com

EXHIBIT "A"

# SURRENDER AGREEMENT

This surrender agreement between 1350 E18TH Street LLC, hereinafter "Landlord's and FERATOVIC NURO hereinafter "occupant" the parties agree as follows:

1. Occupant agrees that he will surrender possession and vacate apartment A1 located at 1350 East 18th St LLC, Brooklyn, NY 11230 hereinafter the "subject premises" on or by 02-27-2025.

2. Occupant agrees to leave the subject premises vacant of all occupants and belongings and must return all keys to the building.

3. Occupant releases landlord, its agents, employees from any and all claims.

4. Any property remaining is deemed abandoned and may be thrown out by landlord without any liability whatsoever.

5. Occupant voluntarily enters into this agreement, under no coercion or duress and understands all its terms.

6. Occupant has not relied on any representations other than what is contained in this agreement. This agreement constitutes the entire agreement between the parties.

7. Landlord shall be entitled to inspect the subject premises prior to and at the time Occupant surrenders possession and vacates the subject premises.

_____   _____
Landlord                   Occupant

Dated: February 27, 2025