Feratovic Attorney fees / expenses:

| Date | Description | Hours |
|---|---|---|
| 3/5/24 | Initial conference with client | 1.5 |
| 3/12/24 | Follow up with client and daughter | .7 |
| 3/13/24 | Review of paystubs | .5 |
| 3/13/24 | Calculate damages | .8 |
| 3/18/24 | spoke with client | .4 |
| 4/2/24 | Email with client | .2 |
| 4/2/24 | Review/respond | .3 |
| 4/2/24 | Review/respond | .3 |
| 4/2/24 | Email client | .2 |
| 4/3/24 | Review questions/respond | .3 |
| 4/3/24 | Email client with questions | .3 |
| 4/8/24 | Review/reply | .3 |
| 4/9/24 | Draft Letter | .4 |
| 4/22/24 | Review/reply | .3 |
| 4/29/24 | Review/reply | .3 |
| 5/7/24 | Review/reply | .3 |
| 5/7/24 | Review/reply | .3 |
| 5/7/24 | Review/reply | .3 |
| 5/8/24 | Review/reply | .3 |
| 5/9/24 | Review/reply | .3 |
| 5/9/24 | Review/reply | .3 |
| 5/10/24 | Spoke with attorney | .4 |
| 5/10/24 | Email client | .2 |
| 5/16/24 | Email attorney | .2 |
| 5/16/24 | Review/reply | .3 |
| 5/23/24 | Left message for attorney | .1 |

| Date | Description | Hours |
|---|---|---|
| 5/23/24 | Email attorney | .2 |
| 5/28/24 | Email client | .2 |
| 5/30/24 | Email about tolling | .2 |
| 5/30/24 | Review/reply to Nuro | .3 |
| 5/31/24 | Spoke with attorney | .3 |
| 5/31/24 | Email confirmation | .2 |
| 5/31/24 | Email client | .2 |
| 6/6/24 | Review/reply to client | .3 |
| 6/11/24 | Draft Complaint | 1.4 |
| 6/11/24 | Draft waiver of service | .5 |
| 6/11/24 | spoke with attorney | .3 |
| 6/12/24 | File complaint | .3 |
| 6/12/24 | Review email – make edits | .3 |
| 6/12/24 | Email complaint to attorney | .2 |
| 6/12/24 | Email calculation of damages | .2 |
| 6/14/24 | Email about other employees | .2 |
| 6/14/24 | Review/reply | .3 |
| 6/17/24 | Speak to process server/ email docs | .4 |
| 6/18/24 | Speak to process server about addresses | .3 |
| 6/18/24 | Speak to client about addresses/ names | .3 |
| 6/20/24 | Email about service | .2 |
| 6/20/24 | Email copy of waiver | .2 |
| 7/1/24 | Email attorney | .2 |
| 7/8/24 | Review/reply to email | .3 |
| 7/22/24 | Spoke with client | .3 |
| 7/22/24 | Email client | .2 |
| 8/7/24 | Review aff/ . service (3) | .4 |
| 8/19/24 | Email client | .2 |
| 8/19/24 | Review/reply | .3 |

| Date | Task | Hours |
|---|---|---|
| 8/22/24 | review notice of appearance | .2 |
| 8/23/24 | review motion for extension | .3 |
| 8/23/24 | review scheduling order | .3 |
| 9/4/24 | Review/reply to email of attorney | .3 |
| 9/4/24 | Review/reply about date | .3 |
| 9/5/24 | Email follow up | .3 |
| 9/9/24 | Email attorney | .2 |
| 9/9/24 | Review Answer | .5 |
| 9/9/24 | Review/reply about date | .2 |
| 9/9/24 | Review/reply about date | .2 |
| 9/9/24 | Email client | .2 |
| 9/9/24 | Review/reply to email | .3 |
| 9/10/24 | Speak to client about Answer | .4 |
| 9/17/24 | Review damages with attorney | .3 |
| 9/18/24 | Speak with attorney about janitor | .3 |
| 9/17-9/24 | Review emails (3) | .8 |
| 9/30/24 | Review email attorney/reply | .3 |
| 9/30/24 | Review/reply | .3 |
| 10/2/24 | Rule 26(4) meeting | .5 |
| 10/2/24 | Email client | .2 |
| 10/15/24 | Review motion conference | .2 |
| 10/16/24 | review order | .2 |
| 10/21/24 | Review email of client | .3 |
| 10/21/24 | Review/reply | .3 |
| 11/6/24 | Review disclosure | .4 |
| 11/6/24 | Court Conference | .4 |
| 11/6/24 | review order to mediation | .2 |
| 11/6/24 | review mediation instructions | .2 |

| Date | Description | Hours |
|---|---|---|
| 11/6/24 | Email wage rate | .2 |
| 11/6/24 | Email client about disclosure | .2 |
| 11/7/24 | Email attorney about mediation | .2 |
| 11/12/24 | Follow up | .2 |
| 11/13/24 | Follow up | .2 |
| 11/13/24 | Review email | .2 |
| 11/14/24 | Review email mediation | .2 |
| 11/14/24 | Email attorney | .3 |
| 11/14/24 | Email mediator | .2 |
| 11/14/24 | Review/reply to mediation | .3 |
| 11/14/24 | Review mediator email/respond | .3 |
| 11/14/24 | Review email about mediator | .2 |
| 11/14/24 | Review/reply to mediator email | .3 |
| 11/14/24 | Email client about mediator | .2 |
| 11/14/24 | Email attorney about mediator dates | .2 |
| 11/14/24 | Email client about dates | .2 |
| 11/15/24 | Email mediator dates | .2 |
| 11/18/24 | Review/reply about dates | .3 |
| 11/18/24 | Review email of attorney | .2 |
| 11/18/24 | Review email of attorney | .2 |
| 11/18/24 | Email attorney | .2 |
| 11/19/24 | Email about extension | .2 |
| 11/20/24 | Follow up | .2 |
| 11/20/24 | Review/reply about deadline | .3 |
| 11/24/24 | Prepare consent to mediation/file | .3 |
| 11/24-2/7/25 | Email with mediator(3) | .6 |
| 11/25/24 | Email mediator | .2 |
| 11/25/24 | Email changes to attorney | .2 |
| 11/26/24 | Email statement of damages | .2 |

| Date | Description | Hours |
|---|---|---|
| 12/9/24 | Consent to magistrate form | .3 |
| 12/9/24 | Email client with breakdown | .2 |
| 12/10/24 | Email attorney | .2 |
| 12/20/24 | Review/reply about dates | .2 |
| 12/21/24 | Email client about dates | .2 |
| 12/24/24 | Email mediation | .2 |
| **2025** | | |
| 1/3/25 | Email attorney | .2 |
| 1/9/25 | Follow up | .2 |
| 1/9/25 | Review/reply to email | .3 |
| 1/9/25 | Review/reply to offer | .3 |
| 1/16/25 | Email about names | .2 |
| 1/20/25 | Review/reply to offer | .3 |
| 1/29/25 | Prepare mediation letter | .8 |
| 1/30/25 | Prepare client for mediation | 1.0 |
| 1/30/25 | Review email about defendants | .2 |
| 2/7/25 | Mediation | 4.1 |
| 2/8/25 | review report of mediator | .2 |
| 2/11/25 | review scheduling order | .2 |
| 2/11/25 | Prepare amended complaint | .5 |
| 2/11/25 | File Amended Complaint | .2 |
| 2/14/25 | Review/reply to email about settlement | .3 |
| 2/17/25 | Email attorney | .2 |
| 3/13/25 | Review motion letter | .3 |
| 3/14/25 | Research | .4 |
| 3/26/25 | Prepare response | .5 |
| 3/10/25 | Prepare rule 26 disclosures | 1.0 |
| 3/28/25 | Review discovery request | 1.0 |

| Date | Task | Hours |
|---|---|---|
| 4/1/25 | Meet with client about discovery | 1.5 |
| 4/2/25 | Prepare motion for leave | 1.6 |
| 4/2/25 | Prepare amended complaint | .5 |
| 4/2/25 | Prepare interrogatories | 1.5 |
| 4/4/25 | Prepare document request | 1.5 |
| 4/4/25 | Prepare response to interrogatories | 1.4 |
| 4/4/25 | Prepare response to doc request | 1.2 |
| 4/4/25 | Email attorney for defendant | .2 |
| 4/8/25 | Review Rule 68 offer/respond | .3 |
| 4/8/25 | Email demand to attorney | .2 |
| 4/8/25 | Email client about discovery request | .3 |
| 4/8/25 | Review document sent (8) | 1.0 |
| 4/8/25 | Email client with Rule 68 offer | .2 |
| 4/8/25 | Email attorney | .2 |
| 4/8/25 | Review email of client/respond | .3 |
| 4/9/25 | Discuss Rule 68 offer with client | .5 |
| 4/11/25 | Email attorney with discovery | .2 |
| 4/11/25 | Email client with questions | .2 |
| 4/11/25 | Review email response | .2 |
| 4/15/25 | Review email/Rule 68 offer/respond | .3 |
| 4/15/25 | Email attorney with response | .2 |
| 4/15/25 | Email client with offer | .2 |
| 4/15/25 | Spoke with client about offer | .3 |
| 4/16/25 | Email client about DHR claims | .3 |
| 4/17/25 | Email attorney with documents | .2 |
| 4/24/25 | Review/respond to email of client | .3 |
| 4/25/25 | Email attorney with updated demand | .2 |
| 5/1/25 | Review email/respond to email About extension | .3 |

| Date | Description | Hours |
|---|---|---|
| 5/2/25 | Review offer | .2 |
| 5/2/25 | Spoke with client | .3 |
| 5/2/25 | Review response | .2 |
| 5/5/25 | Email response to interrogatories | .2 |
| 5/6/25 | Review email of attorney | .2 |
| 5/6/25 | Spoke with client | .2 |
| 5/6/25 | Email attorney | .2 |
| 6/12/25 | Review offer | .2 |
| 6/12/25 | Email attorney | .2 |
| 6/12/25 | Spoke with client | .3 |
| 6/12/25 | Email client | .2 |
| 6/12/25 | Review/reply to email from client | .3 |
| 6/12/25 | Email attorney with counter offer | .2 |
| 6/12/25 | Review email about discovery | .2 |
| 6/12/25 | Respond with responses | .3 |
| 6/12/25 | Email document previously sent (6) | 1.2 |
| 6/25/25 | Review DHR filing by client/email | .4 |
| 8/25/25 | Email attorney | .2 |
| 9/3/25 | Review decision of court | .3 |
| 9/3/25 | Email client | .2 |
| 9/11/25 | Email amended complain | .2 |
| 9/12/25 | Email follow up about service | .2 |
| 9/15/25 | Email follow up | .2 |
| 9/16/25 | Email waiver of service | .3 |
| 9/17/25 | Email attorney about waiver | .2 |
| 9/17/25 | Review email and waiver | .2 |
| 9/23/25 | Email attorney about conference | .2 |
| 10/9/25 | Email client | .2 |
| 10/9/25 | Review/respond to client email | .3 |

| Date | Description | Hours |
|---|---|---|
| 10/10/25 | Review judge's order | .2 |
| 10/10/25 | Email client | .2 |
| 10/15/25 | Email client | .2 |
| 10/16/25 | Email client | .2 |
| 10/16/25 | Review email/respond | .3 |
| 10/20/25 | Meet with client/ prepare | 2.0 |
| 11/3/25 | Email attorney | .2 |
| 11/10/25 | Email attorney about discovery | .3 |
| 11/11/25 | Settlement conference | 3.0 |
| 11/11/25 | Email attorney | .2 |
| 11/14/25 | Review answer/counter claim | .6 |
| 11/17/25 | Email client | .2 |
| 11/17/25 | Review Rule 68 offer | .2 |
| 11/17/25 | Email attorney about fees | .2 |
| 11/17/25 | Review response | .2 |
| 11/17/25 | Email client | .2 |
| 11/17/25 | Review email client | .2 |
| 11/17/25 | Email attorney | .2 |
| 11/18/25 | Email client . | .2 |
| 11/18/25 | Spoke with client and daughter | .3 |
| 11/21/25 | Emails attorney | .2 |
| 11/24/25 | Email attorney about deficiency | .2 |
| 11/24/25 | Prepare supplementary response | .5 |
| 11/26/25 | Email attorney with response and inquiry | .2 |
| 12/2/25 | Email attorney about deficiency | .2 |
| 12/5/25 | Review email offer | .2 |
| 12/5/25 | Spoke with attorney | .2 |
| 12/5/25 | Spoke with client | .2 |
| 12/5/25 | Emails attorney | .2 |

Total time: 82.4 hrs @ $550/ hr = $45,320.00

Costs:

Filing Fee $650

Overnights (4) $100

Process server:$ 1,787.25

Total: $47,857.25