**MILMAN LABUDA LAW GROUP PLLC**
**3000 MARCUS AVENUE**
**SUITE 3W8**
**LAKE SUCCESS, NEW YORK 11042**

**TELEPHONE (516) 328-8899**
**FACSIMILE (516) 328-0082**

**Author: Joseph M. Labuda Esq. - Partner**
**Direct E-Mail Address: Joe@mllaborlaw.com**
**Office: (516) 328-8899**

February 9, 2026

**Via ECF**

Hon. Peggy Cross-Goldenberg, U.S.M.J.
United States District Court Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

**Re: Nuro Feratovic v. Neptune Maintenance Corporation et. al**
**EDNY Case No. 1:24-cv-04186-CLP**

Dear Judge Cross-Goldenberg,

Defendants Neptune Maintenance Corporation, Khalil Ismael, Albert Srour, and 1350 E 18th LLC (collectively, "Defendants") and Plaintiff Nuro Feratovic ("Plaintiff" collectively, the "Parties") jointly submit this letter in response to the Court's Order dated February 9, 2026. The Order referred the Parties' motion for settlement approval to Your Honor and noted that the Parties may consent to reassignment of this case to Your Honor for all purposes, including review of the settlement agreement and a Cheeks hearing.

Defendants do not consent to reassignment of the case to the Magistrate Judge but inadvertently signed such consent, in error. Plaintiff's counsel was informed of this error via email but the email was sent to spam and Plaintiff subsequently filed. (ECF No. 42) That filing was made in error as a result of a miscommunication, and the Parties do not mutually consent to reassignment for all purposes. The Parties consent only to Your Honor's review of the settlement agreement and a *Cheeks* hearing.

Accordingly, the Parties respectfully request that the consent to Magistrate Judge disposition filed at ECF No. 42 be limited only to a review of the settlement agreement and a *Cheeks* hearing, as per the Court's Order dated February 9, 2026.

Respectfully submitted,

/s/ Joseph M. Labuda Esq.