# ELEFANTE & PERSANIS, LLP
### ATTORNEYS AT LAW
### 141 Hillside Pl.
### Eastchester, NY 10709
### (914) 961 4400

RALPH J. ELEFANTE *
MATTHEW N. PERSANIS

MARJORIE CAMPBELL.
PARALEGAL

**March 6, 2026**

**VIA ECF**

The Honorable Magistrate Judge Peggy Cross-
Goldenberg
United States District Court for the New York
Eastern District
225 Cadman Plaza East
Brooklyn, NY 11201

**Re:    1:24-cv-04186**

**Dear Judge Cross- Goldenberg:**
This letter is submitted pursuant to the Court's Order dated March 6, 2026.

Please accept this as a supplemental letter, supplementing the original Settlement letter field in accordance with "Cheeks" on February 26, 2026.

Attached to this letter are the invoices for the process server as requested. I have not submitted an invoice for the filing fee as that is easily obtainable by the Court and was billed directly to my credit card in 2024.

We were retained on a retainer basis (Retainer attached).

In addition, the time listed in the supplemental time sheets was all performed by myself. We did not track the time of our paralegal for billing purposes on this case. No other attorneys worked on this case.

To supplement our original "Cheeks" letter, my experience level is as follows:

I was admitted to practice in the State of New York on January 5, 1994. I was subsequently admitted to the Eastern District of New York, and the Southern District of New York in March of 1997.  I have been actively practicing law since.

Since being admitted to the Bars of the Southern and Eastern Districts of New York I have represented many plaintiffs and defendants in FLSA cases. I have also been asked to

advise other firms in the defense of FLSA cases. Currently I have another open FLSA case in the Southern District of New York.

Thank you for your consideration of this matter.

Respectfully,

Matthew Persanis

Attachment

cc:    All Counsel of Record (via ECF)